IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH KOPCINSKI                                                    PLAINTIFF

v.                          Civil No. 02-2001

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                      DEFENDANT

## JUDGMENT

Now on this 26th day of May 2006, comes on for consideration the Report and Recommendation dated May 3, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Commissioner; and dismisses plaintiff's complaint with prejudice.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 2 6 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

AO72A
(Rev. 8/82)